JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA GARZA WILSON,<br>　　　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:21-cv-01428-SK<br><br>**JUDGMENT** |

　　It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: October 28, 2022

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE