UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA GARZA WILSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br><br>　　　Defendant. | Case No. 2:21-cv-01428-SK<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulated Motion for Vacatur and Remand.

DATED:   August 2, 2023

　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE