Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA GARZA WILSON, | ) |
|     Plaintiff, | ) CASE NO.: 2:21-cv-01428-SK |
| v. | ) ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THIRTEEN THOUSAND TWO HUNDRED FIFTY DOLLARS AND 00/100 ($13,250.00) subject to the terms of the stipulation.

DATED:  8/31/2023

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-